UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BUYER'S DIRECT INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 5:10-cv-00065-H ) |
| BELK, INC. and BELK INTERNATIONAL, INC., | ) ) ) ) |
| Defendants. | ) ) |

**SUPPLEMENTAL DECLARATION OF SHANNON ABRAHAMSON**

In support of Defendants' Memorandum in Opposition to Plaintiff's Renewed Motion for Preliminary Injunction, I, Shannon Abrahamson, declare the following:

1. I am a hosiery buyer for Belk, Inc. I have personal knowledge of the facts set out in this Declaration.

2. Kim Rogers is a house brand used by Belk for a variety of apparel and other items, including slippers.

3. Belk has sold approximately 15 different styles of slippers under the Footsies brand as part of the Kim Rogers house brand (the "Footsies" or "Footsies slippers").

4. Belk has discontinued the accused Footsie slippers, has sold off its inventory, has no more than a *de minimus* amount of remaining inventory, if any, and has no plans to restock any of the accused Footsie slippers.

5. Belk currently sells two newly accused styles of slippers under the Kim Rogers house brand (the "newly accused Kim Rogers slippers").

6. Belk's decision to stock the newly accused Kim Rogers slippers was made with information and belief that the newly accused Kim Rogers slippers do not infringe the '183 Patent and do not infringe any trade dress rights connected with the Buyers' Direct "snoozies" brand slipper (the "snoozies").

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 17th day of December, 2010.

Respectfully submitted

Shannon Abrahamson